

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00647-CR

**EX PARTE** Jose Armando **CALVILLO ORTIZ**

From the County Court, Kinney County, Texas
Trial Court No. 13369CR
Honorable Susan D. Reed, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE BRISSETTE

 In accordance with this court's opinion of this date, we **DISMISS** Jose Armando Calvillo Ortiz's appeal.

 SIGNED November 27, 2024.

_____
Lori Massey Brissette, Justice